IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-455-CR





JOYCELYN D. WASHINGTON, a/k/a


JOYCELYN WASHINGTON RUSSELL,



 APPELLANT



vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 0941346, HONORABLE JON N. WISSER, JUDGE PRESIDING



 




PER CURIAM



 This is an appeal from a judgment of conviction for possession of a controlled
substance: namely, cocaine. Appellant has filed a motion to withdraw the appeal. No decision
of this Court has been delivered. The motion is granted and the appeal is dismissed. See Tex.
R. App. P. 59(b).


Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: October 19, 1994

Do Not Publish